# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZAIT ITZHAK NINIO,

Petitioner,

v.

MERRICK GARLAND, et al.,

Respondents.

Case No. 2:21-cv-00414-RFB-DJA

**ORDER**

This is a habeas corpus action under 28 U.S.C. § 2241. The court denied petitioner's application to proceed in forma pauperis and directed him to pay the filing fee. ECF No. 3. The court's order has been returned in the mail with the notation that petitioner is not in custody at the Henderson Detention Center. Petitioner has not provided the court a new address. The court thus dismisses this action under LR IA 3-1.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice because petitioner has not informed the court of his current address.

IT IS FURTHER ORDERED that the Plaintiff may move to reopen this case and vacate the judgment by filing a motion for reconsideration of this order. In this motion, the Plaintiff would need to explain that circumstances which led to him not being able to update his address as directed by the Court. If the Court finds there is good cause or a reasonable explanation for the failure to update the address, the Court will reopen the case and vacate the judgment.

1 | The clerk of the court is directed to enter judgment accordingly and to close this action.
2 | IT IS FURTHER ORDERED that a certificate of appealability will not issue.

DATED: June 28, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge